## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Susan G. Sterrett, :
                   Appellant :
 :
           v. :
 :
Borough of Churchill and :
Churchill Creek Project, LLC : No. 665 C.D. 2022

**PER CURIAM**              **O R D E R**

NOW, April 30, 2024, having considered Appellant's application for reconsideration, the application is DENIED.